UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       CASE NO. 6:05-cr-197-Orl-19JGG

JAMES MITCHELL,

    Defendant.

## ORDER

On March 12, 2009, Defendant filed a motion for post-conviction relief (Doc. No. 191), wherein he appears to be attacking his conviction and sentence in this case. However, a motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255 is currently pending. *See* Doc. No. 190. It is not clear if Defendant is seeking to amend his § 2255 motion. Moreover, if Defendant is seeking to do so, he has not filed a motion to amend his § 2255 motion. Accordingly, it is **ORDERED** as follows:

    1.    Defendant's Motion for Post-Conviction Relief (Doc. No. 191) is **DENIED** without prejudice. If Defendant is seeking to amend his § 2255 motion, within **FIFTEEN (15) DAYS** from the date of this Order, he may file a motion to amend his § 2255 motion along with a proposed amended § 2255 motion which shall be on the § 2255 form and shall include <u>all</u> of Defendant's claims.

    2.    The **Clerk of the Court** is directed to file a copy of this Order in Case Number

6:09-cv-310-Orl-19GJK.

**DONE AND ORDERED** in Chambers at Orlando, Florida this __18th___ day of March, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 3/18
James Mitchell
Counsel of Record